**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE: Sohinni Khanna <br> <u>Debtor</u> | CHAPTER 13 <br><br> BKY. NO. 19-11406 ELF |

**ENTRY OF APPEARANCE AND REQUEST FOR NOTICES**

To the Clerk:

    Kindly enter my appearance on behalf of Rushmore Loan Management Services as servicer for Wilmington Savings Fund Society, FSB, d/b/a Christiana Trust, not individually but as trustee for Pretium Mortgage Acquisition Trust and index same on the master mailing list.

                     Respectfully submitted,

                     **/s/ Rebecca A. Solarz, Esq**
                     Rebecca A Solarz, Esquire
                     KML Law Group, P.C.
                     701 Market Street, Suite 5000
                     Philadelphia, PA 19106-1532
                     (215) 627-1322