

**Earnings Statement**

```
         CO     EMPLOYEE ID
         MAR    000001009
```

Hays U.S. Corporation
(813)936-7004
4300 W Cypress Street
Suite 900
Tampa, FL 33607

Fed Married 06
NJ  A       00

Period Beg/End:   12/31/2018 - 01/06/2019
Advice Date:      01/11/2019
Advice Number:    0000172400
Batch Number:     190109141608

Khanna, Sohinii
1959 Saxon Dr
Feasterville, PA 19053

Total Hours Worked: 28.50
Basis of Pay:       Hourly
Pay Rate:           59.45

| Earnings | Rate    | Hours This Period | Year-to-Date |
|----------|---------|-------------------|--------------|
| Hourly   | 65.4000 | 28.50   1863.90   | 1863.90      |
| Gross Pay |        | 1863.90           | 1863.90      |

| Other Deductions | This Period | Year-to-Date |
|------------------|-------------|--------------|
| Taxes            |             |              |
| Federal          | 130.82      | 130.82       |
| Medicare Tax     | 27.03       | 27.03        |
| Soc Sec Tax      | 115.56      | 115.56       |
| NJ               | 85.86       | 85.86        |
| NJ EE Disability | 3.54        | 3.54         |
| NJ EE FLI        | 1.68        | 1.68         |
| NJ EE SUI        | 7.13        | 7.13         |
| NJ EE Workforce F| 0.79        | 0.79         |
| Total            | 372.41      | 372.41       |
| Net Pay          | 1491.49     | 1491.49      |

© 2002 Automatic Data Processing (PCSUV3)

---

Hays U.S. Corporation
(813)936-7004
4300 W Cypress Street
Suite 900
Tampa, FL 33607

Advice Number:  0000172400
Advice Date:    01/11/2019

**THIS IS NOT A CHECK**

**Deposited to the account of**
Khanna, Sohinii

| | Account Number | Transit ABA | Amount |
|---|---|---|---|
| | Checking XXXXXX9916 | 036001808 | $1491.49 |

 

# Earnings Statement

Hays U.S. Corporation
(813)936-7004
4300 W Cypress Street
Suite 900
Tampa, FL 33607

Fed Married 06
NJ A       00

Period Beg/End:   Page 001 of 001
                  01/07/2019 - 01/13/2019
Advice Date:      01/18/2019
Advice Number:    0000173063
Batch Number:     190116142943

Khanna, Sohinii
1959 Saxon Dr
Feasterville, PA 19053

Total Hours Worked:  40.00
Basis of Pay:        Hourly
Pay Rate:            59.45

| Earnings | Rate | Hours This Period | Year-to-Date |
|---|---|---|---|
| Hourly | 65.4000 | 40.00 | 2616.00 | 4479.90 |
| Gross Pay | | | 2616.00 | 4479.90 |

| Other Deductions | This Period | Year-to-Date |
|---|---|---|
| Taxes | | |
| Federal | 259.69 | 390.51 |
| Medicare Tax | 37.93 | 64.96 |
| Soc Sec Tax | 162.19 | 277.75 |
| NJ | 138.50 | 224.36 |
| NJ EE Disability | 4.97 | 8.51 |
| NJ EE FLI | 2.35 | 4.03 |
| NJ EE SUI | 10.01 | 17.14 |
| NJ EE Workforce F | 1.11 | 1.90 |
| Total | 616.75 | 989.16 |
| Net Pay | 1999.25 | 3490.74 |

© 2002 Automatic Data Processing (PCSUVG)

Hays U.S. Corporation
(813)936-7004
4300 W Cypress Street
Suite 900
Tampa, FL 33607

Advice Number:  0000173063
Advice Date:    01/18/2019

**THIS IS NOT A CHECK**

**Deposited to the account of**
Khanna, Sohinii

| | Account Number | Transit ABA | Amount |
|---|---|---|---|
| Checking | XXXXXX9916 | 036001808 | $1999.25 |

# HAYS veredus — Earnings Statement

Hays U.S. Corporation
(813)936-7004
4300 W Cypress Street
Suite 900
Tampa, FL 33607

Fed Married 06
NJ A 00

Period Beg/End: 01/14/2019 - 01/20/2019
Advice Date: 01/25/2019
Advice Number: 0000174074
Batch Number: 190123135556

Khanna, Sohinii
1959 Saxon Dr
Feasterville, PA 19053

Total Hours Worked: 40.00
Basis of Pay: Hourly
Pay Rate: 59.45

| Earnings | Rate | Hours | This Period | Year-to-Date |
|---|---|---|---|---|
| Hourly | 65.4000 | 40.00 | 2616.00 | 7095.90 |
| Gross Pay | | | 2616.00 | 7095.90 |

| Other Deductions | This Period | Year-to-Date |
|---|---|---|
| Taxes | | |
| Federal | 259.69 | 650.20 |
| Medicare Tax | 37.93 | 102.89 |
| Soc Sec Tax | 162.20 | 439.95 |
| NJ | 138.50 | 362.86 |
| NJ EE Disability | 4.97 | 13.48 |
| NJ EE FLI | 2.35 | 6.38 |
| NJ EE SUI | 10.01 | 27.15 |
| NJ EE Workforce F | 1.11 | 3.01 |
| Total | 616.76 | 1605.92 |
| Net Pay | 1999.24 | 5489.98 |

© 2002 Automatic Data Processing (POSUV03)

---

Hays U.S. Corporation
(813)936-7004
4300 W Cypress Street
Suite 900
Tampa, FL 33607

Advice Number: 0000174074
Advice Date: 01/25/2019

**THIS IS NOT A CHECK**

Deposited to the account of
Khanna, Sohinii

| Account Number | Transit ABA | Amount |
|---|---|---|
| Checking XXXXXX9916 | 036001808 | $1999.24 |

  

# Earnings Statement

Hays U.S. Corporation
(813)936-7004
4300 W Cypress Street
Suite 900
Tampa, FL 33607

Fed Married 06
NJ    A    00

Period Beg/End:    01/21/2019 - 01/27/2019
Advice Date:      02/01/2019
Advice Number:    0000174771
Batch Number:     190130143924

Page 001 of 001

Khanna, Sohinii
1959 Saxon Dr
Feasterville, PA 19053

Total Hours Worked: 40.00
Basis of Pay: Hourly
Pay Rate: 59.45

| Earnings | Rate | Hours | This Period | Year-to-Date |
|---|---|---|---|---|
| Hourly | 65.4000 | 40.00 | 2616.00 | 9711.90 |
| Gross Pay | | | 2616.00 | 9711.90 |

| Other Deductions | This Period | Year-to-Date |
|---|---|---|
| Taxes | | |
| Federal | 259.69 | 909.89 |
| Medicare Tax | 37.93 | 140.82 |
| Soc Sec Tax | 162.19 | 602.14 |
| NJ | 138.50 | 501.36 |
| NJ EE Disability | 4.97 | 18.45 |
| NJ EE FLI | 2.35 | 8.73 |
| NJ EE SUI | 10.01 | 37.16 |
| NJ EE Workforce F | 1.11 | 4.12 |
| Total | 616.75 | 2222.67 |
| Net Pay | 1999.25 | 7489.23 |

© 2002 Automatic Data Processing (PCSUV0)

Hays U.S. Corporation
(813)936-7004
4300 W Cypress Street
Suite 900
Tampa, FL 33607

Advice Number: 0000174771
Advice Date: 02/01/2019



THIS IS NOT A CHECK

**Deposited to the account of**
Khanna, Sohinii

| | Account Number | Transit ABA | Amount |
|---|---|---|---|
| | Checking XXXXXX9916 | 036001808 | $1999.25 |



### Earnings Statement

Hays U.S. Corporation
(813)936-7004
4300 W Cypress Street
Suite 900
Tampa, FL 33607

Fed Married 06
NJ A       00

Period Beg/End:  01/28/2019 - 02/03/2019
Advice Date:     02/08/2019
Advice Number:   0000175791
Batch Number:    190206140600

Khanna, Sohinii
1959 Saxon Dr
Feasterville, PA 19053

Page 001 of 001

Total Hours Worked: 40.00
Basis of Pay: Hourly
Pay Rate: 59.45

| Earnings | Rate | Hours | This Period | Year-to-Date |
|---|---|---|---|---|
| Hourly | 65.4000 | 40.00 | 2616.00 | 12327.90 |
| Gross Pay | | | 2616.00 | 12327.90 |
| Benefits | | | | |
| Basic Life - | | | 0.32 | 0.32 |
| Total | | | 0.32 | 0.32 |

| Other Deductions | This Period | Year-to-Date |
|---|---|---|
| Taxes | | |
| Federal | 259.69 | 1169.58 |
| Medicare Tax | 37.93 | 178.75 |
| Soc Sec Tax | 162.19 | 764.33 |
| NJ | 138.50 | 639.86 |
| NJ EE Disability | 4.97 | 23.42 |
| NJ EE FLI | 2.35 | 11.08 |
| NJ EE SUI | 10.01 | 47.17 |
| NJ EE Workforce F | 1.11 | 5.23 |
| Total | 616.75 | 2839.42 |
| Net Pay | 1999.25 | 9488.48 |



Hays U.S. Corporation
(813)936-7004
4300 W Cypress Street
Suite 900
Tampa, FL 33607

Advice Number: 0000175791
Advice Date: 02/08/2019

**THIS IS NOT A CHECK**

**Deposited to the account of**
Khanna, Sohinii

| Account Number | Transit ABA | Amount |
|---|---|---|
| Checking XXXXXX9916 | 036001808 | $1999.25 |

 

```
CO       EMPLOYEE   ID     00
MAK      000001009
Fed Married 06
NJ   A      00
```

# Earnings Statement

Hays U.S. Corporation
(813)936-7004
4300 W Cypress Street
Suite 900
Tampa, FL 33607

Period Beg/End:   02/04/2019 - 02/10/2019
Advice Date:      02/15/2019
Advice Number:    0000176468
Batch Number:     190213141109

Khanna, Sohinii
1959 Saxon Dr
Feasterville, PA 19053

Total Hours Worked: 40.00
Basis of Pay: Hourly
Pay Rate: 59.45

| Earnings | Rate | Hours | This Period | Year-to-Date |
|---|---|---|---|---|
| Bonus | | | 400.00 | 400.00 |
| Hourly | 65.4000 | 40.00 | 2616.00 | 14943.90 |
| **Gross Pay** | | | 3016.00 | 15343.90 |
| Benefits | | | | |
| Basic Life - | | | 0.32 | 0.64 |
| **Total** | | | 0.32 | 0.64 |

| Other Deductions | This Period | Year-to-Date |
|---|---|---|
| Taxes | | |
| Federal | 323.40 | 1492.98 |
| Medicare Tax | 43.74 | 222.49 |
| Soc Sec Tax | 186.99 | 951.32 |
| NJ | 163.07 | 802.93 |
| NJ EE Disability | 5.73 | 29.15 |
| NJ EE FLI | 2.71 | 13.79 |
| NJ EE SUI | 11.54 | 58.71 |
| NJ EE Workforce F | 1.28 | 6.51 |
| **Total** | 738.46 | 3577.88 |
| **Net Pay** | 2277.54 | 11766.02 |

 

Hays U.S. Corporation
(813)936-7004
4300 W Cypress Street
Suite 900
Tampa, FL 33607

Advice Number: 0000176468
Advice Date: 02/15/2019



Deposited to the account of
Khanna, Sohinii

Account Number: Checking XXXXXX9916
Transit ABA: 036001808
Amount: $2277.54

**HAYS** Recruiting experts worldwide

EMPLOYEE ID
MAK    000001009

**Earnings Statement**

Hays U.S. Corporation
(813)936-7004
4300 W Cypress Street
Suite 900
Tampa, FL 33607

Fed Married 06
NJ A 00

Period Beg/End:    02/11/2019 - 02/17/2019
Advice Date:       02/22/2019
Advice Number:     0000177485
Batch Number:      190220143608

Page 001 of 001

Khanna, Sohinii
1959 Saxon Dr
Feasterville, PA 19053

Total Hours Worked:    40.00
Basis of Pay:          Hourly
Pay Rate:              59.45

| Earnings | Rate | Hours | This Period | Year-to-Date |
|---|---|---|---|---|
| Bonus | | | | 400.00 |
| Hourly | 65.4000 | 40.00 | 2616.00 | 17559.90 |
| Gross Pay | | | 2616.00 | 17959.90 |
| Benefits | | | | |
| Basic Life - | | | 0.32 | 0.96 |
| Total | | | 0.32 | 0.96 |

| Other Deductions | This Period | Year-to-Date |
|---|---|---|
| Taxes | | |
| Federal | 259.69 | 1752.67 |
| Medicare Tax | 37.93 | 260.42 |
| Soc Sec Tax | 162.19 | 1113.51 |
| NJ | 138.50 | 941.43 |
| NJ EE Disability | 4.97 | 34.12 |
| NJ EE FLI | 2.35 | 16.14 |
| NJ EE SUI | 10.01 | 68.72 |
| NJ EE Workforce F | 1.11 | 7.62 |
| Total | 616.75 | 4194.63 |
| Net Pay | 1999.25 | 13765.27 |

© 2002 Automatic Data Processing (PCSUVO)

**HAYS** Recruiting experts worldwide

Hays U.S. Corporation
(813)936-7004
4300 W Cypress Street
Suite 900
Tampa, FL 33607

Advice Number:    0000177485
Advice Date:      02/22/2019

THIS IS NOT A CHECK

**Deposited to the account of**
Khanna, Sohinii

| | Account Number | Transit ABA | Amount |
|---|---|---|---|
| Checking | XXXXXX9916 | 036001808 | $1999.25 |

**HAYS** Recruiting experts worldwide

CO          EMPLOYEE ID
MAK         000001009

**Earnings Statement**

Hays U.S. Corporation
(813)936-7004
4300 W Cypress Street
Suite 900
Tampa, FL 33607

Fed Married 06
NJ  A       00

Period Beg/End:   02/18/2019 - 02/24/2019
Advice Date:      03/01/2019
Advice Number:    0000178145
Batch Number:     190227150249

Page 001 of 001

Khanna, Sohinii
1959 Saxon Dr
Feasterville, PA 19053

Total Hours Worked:  34.00
Basis of Pay:        Hourly
Pay Rate:            59.45

| Earnings | Rate | Hours | This Period | Year-to-Date |
|---|---|---|---|---|
| Bonus | | | | 400.00 |
| Hourly | 65.4000 | 34.00 | 2223.60 | 19783.50 |
| **Gross Pay** | | | 2223.60 | 20183.50 |
| Benefits | | | | |
| Basic Life - | | | 0.32 | 1.28 |
| Total | | | 0.32 | 1.28 |

| Other Deductions | This Period | Year-to-Date |
|---|---|---|
| Taxes | | |
| Federal | 173.99 | 1926.66 |
| Medicare Tax | 32.24 | 292.66 |
| Soc Sec Tax | 137.87 | 1251.38 |
| NJ | 111.04 | 1052.47 |
| NJ EE Disability | 4.22 | 38.34 |
| NJ EE FLI | 2.00 | 18.14 |
| NJ EE SUI | 8.51 | 77.23 |
| NJ EE Workforce F | 0.95 | 8.57 |
| **Total** | 470.82 | 4665.45 |
| **Net Pay** | 1752.78 | 15518.05 |

© 2002 Automatic Data Processing (PCSUV0)

**HAYS** Recruiting experts worldwide

Hays U.S. Corporation
(813)936-7004
4300 W Cypress Street
Suite 900
Tampa, FL 33607

Advice Number:  0000178145
Advice Date:    03/01/2019



**Deposited to the account of**
Khanna, Sohinii

| | Account Number | Transit ABA | Amount |
|---|---|---|---|
| Checking | XXXXXX9916 | 036001808 | $1752.78 |