# Earnings Statement

![HAYS Recruiting experts worldwide]

*Hays U.S. Corporation*
*(813)936-7004*
*4300 W Cypress Street*
*Suite 900*
*Tampa, FL 33607*

Fed Married 06
NJ A 00

Page 001 of 001
Period Beg/End:    04/15/2019 - 04/21/2019
Advice Date:       04/26/2019
Advice Number:     0000185544
Batch Number:      190424142322

**Khanna, Sohinii**
**1959 Saxon Dr**
**Feasterville, PA 19053**

Total Hours Worked:    40.00
Basis of Pay:          Hourly
Pay Rate:              59.45

| Earnings | Rate | Hours | This Period | Year-to-Date |
|---|---|---|---|---|
| Bonus |  |  |  | 400.00 |
| Hourly | 65.4000 | 40.00 | 2616.00 | 40580.70 |
| **Gross Pay** |  |  | **2616.00** | **40980.70** |
| **Benefits** |  |  |  |  |
| Basic Life - |  |  | 0.32 | 3.84 |
| **Total** |  |  | **0.32** | **3.84** |

| Other Deductions | This Period | Year-to-Date |
|---|---|---|
| **Taxes** |  |  |
| Federal | 259.69 | 3975.41 |
| Medicare Tax | 37.93 | 594.22 |
| Soc Sec Tax | 162.19 | 2540.80 |
| NJ | 138.50 | 2151.32 |
| NJ EE Disability |  | 61.92 |
| NJ EE FLI |  | 29.27 |
| NJ EE SUI |  | 131.63 |
| NJ EE Workforce F |  | 14.61 |
| **Total** | **598.31** | **9499.18** |
| **Net Pay** | **2017.69** | **31481.52** |

© 2002 AutomaticData Processing (PCSUVO)

---

![HAYS Recruiting experts worldwide]

Hays U.S. Corporation
(813)936-7004
4300 W Cypress Street
Suite 900
Tampa, FL 33607

Advice Number:    0000185544
Advice Date:      04/26/2019

**THIS IS NOT A CHECK**

| Deposited to the account of | Account Number | Transit ABA | Amount |
|---|---|---|---|
| Khanna, Sohinii | Checking XXXXXX9916 | 036001808 | $2017.69 |