# UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In re:

                Chapter 13

                Bankruptcy No. 19-11406-ELF

SOHINNI KHANNA

1959 SAXON DRIVE

FEASTERVILLE, PA 19053

    Debtor

## CERTIFICATE OF SERVICE

**AND NOW,** comes William C. Miller, Esquire, chapter 13 standing trustee, and certifies that he served the attached Objection to Confirmation of Chapter 13 Plan on the following parties

**Debtor(s), at the address listed, by first class mail.**
    SOHINNI KHANNA

    1959 SAXON DRIVE

    FEASTERVILLE, PA 19053

**Counsel for debtor(s), by electronic notice only.**
    KENNETH E. WEST ESQUIRE
    830 LANSDOWNE AVENUE

    DREXEL HILL, PA 19026

**Counsel for the United States Trustee, by electronic notice only.**
    Office of the U.S. Trustee
    Eastern District of Pennsylvania
    833 Chestnut Street, Suite 500
    Philadelphia, PA  19107

                /s/ William C. Miller

Date: 6/5/2019

                _____
                William C. Miller, Esquire
                Chapter 13 Standing Trustee