# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE:  Sohinni Khanna<br>　　　　　　　　　Debtor | CHAPTER 13 |
| Wilmington Savings Fund Society, FSB, d/b/a<br>Christiana Trust, not individually but as trustee for<br>Pretium Mortgage Acquisition Trust<br>　　　　　　　　　Movant<br>　　vs. | NO. 19-11406 ELF |
| Sohinni Khanna　　　　　　Debtor<br><br>Surajit Khanna　　　　　　Co-Debtor<br><br>William C. Miller　　　　　Trustee | 11 U.S.C. Sections 362 and 1301 |

## ORDER

　　　　AND NOW, this   21st   day of   January  , 2020 at Philadelphia, upon failure of Debtor, the Co-Debtor, and the Trustee to file an answer or otherwise plead, it is:

　　　　**ORDERED** THAT: the Motion for Relief from the Automatic Stay and Co-Debtor Stay is **GRANTED**, and both the automatic stay under 11 U.S.C. §362(a) and the co-debtor stay under 11 U.S.C. §1301 of the Bankruptcy Code, are **MODIFIED** with respect to the subject premises located at 1959 Saxon Drive, Feasterville, PA 19083 ("Property), so as to allow Movant, its successors or assignees, to proceed with its *in rem* rights and remedies under the terms of the subject Mortgage and pursue its *in rem* State Court remedies including, but not limited to, taking the Property to Sheriff's Sale, in addition to potentially pursuing other loss mitigation alternatives including, but not limited to, a loan modification, short sale or deed-in-lieu of foreclosure.  Additionally, any purchaser of the Property at Sheriff's Sale (or purchaser's assignee) may take any legal action for enforcement of its right to possession of the Property.

　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　**ERIC L. FRANK**
　　　　　　　　　　　　　　　　　　　　**U.S. BANKRUPTCY JUDGE**

Sohinni Khanna
1959 Saxon Drive
Feasterville Trevose, PA 19053-3358

Surajit Khanna
1959 Saxon Drive
Feasterville Trevose, PA 19053-3358

Kenneth E. West
Douglass, West and Associates
830 Lansdowne Avenue
Drexel Hill, PA 19026

William C. Miller
P.O. Box 1229
Philadelphia, PA 19105

KML Law Group, P.C.
Suite 5000 – BNY Mellon Independence Center
701 Market Street
Philadelphia, PA 19106-1532