United States Bankruptcy Court
Eastern District of Pennsylvania

In re:  
Sohinni Khanna  
      Debtor

Case No. 19-11406-elf  
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0313-2     User: TashaD     Page 1 of 1     Date Rcvd: Jan 22, 2020  
                       Form ID: pdf900     Total Noticed: 3

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jan 24, 2020.
```
db             Sohinni Khanna,    1959 Saxon Drive,    Feasterville Trevose, PA 19053-3358
              +KML Law Group, P.C.,    Suite 5000-BNY Mellon Independence Cente,    701 Market Street,
                Phila, PA 19106-1538
14283944       Surajit Khanna,    1959 Saxon Dr,    Feasterville Trevose, PA 19053-3358
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.                                                                                                                 TOTAL: 0

             ***** BYPASSED RECIPIENTS *****  
NONE.                                                                                                                   TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 24, 2020                                              Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 22, 2020 at the address(es) listed below:
```
              KENNETH E. WEST    on behalf of Debtor Sohinni  Khanna dwabkty@aol.com,
               G6211@notify.cincompass.com
              REBECCA ANN SOLARZ    on behalf of Creditor    Wilmington Savings Fund Society, FSB, d/b/a
               Christiana Trust, not individually but as trustee for Pretium Mortgage Acquisition Trust
               bkgroup@kmllawgroup.com
              United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
              WILLIAM C. MILLER, Esq.    ecfemails@ph13trustee.com,   philaecf@gmail.com
                                                                                             TOTAL: 4
```

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: Sohinni Khanna<br>　　　　　　　　Debtor | CHAPTER 13 |
| Wilmington Savings Fund Society, FSB, d/b/a Christiana Trust, not individually but as trustee for Pretium Mortgage Acquisition Trust<br>　　　　　　　　Movant<br>　　vs. | NO. 19-11406 ELF |
| Sohinni Khanna　　　　　　Debtor<br>Surajit Khanna　　　　　　Co-Debtor<br>William C. Miller　　　　　Trustee | 11 U.S.C. Sections 362 and 1301 |

## ORDER

AND NOW, this 21st day of January, 2020 at Philadelphia, upon failure of Debtor, the Co-Debtor, and the Trustee to file an answer or otherwise plead, it is:

**ORDERED** THAT: the Motion for Relief from the Automatic Stay and Co-Debtor Stay is **GRANTED**, and both the automatic stay under 11 U.S.C. §362(a) and the co-debtor stay under 11 U.S.C. §1301 of the Bankruptcy Code, are **MODIFIED** with respect to the subject premises located at 1959 Saxon Drive, Feasterville, PA 19083 ("Property), so as to allow Movant, its successors or assignees, to proceed with its *in rem* rights and remedies under the terms of the subject Mortgage and pursue its *in rem* State Court remedies including, but not limited to, taking the Property to Sheriff's Sale, in addition to potentially pursuing other loss mitigation alternatives including, but not limited to, a loan modification, short sale or deed-in-lieu of foreclosure. Additionally, any purchaser of the Property at Sheriff's Sale (or purchaser's assignee) may take any legal action for enforcement of its right to possession of the Property.

_____
**ERIC L. FRANK**
**U.S. BANKRUPTCY JUDGE**

Sohinni Khanna
1959 Saxon Drive
Feasterville Trevose, PA 19053-3358

Surajit Khanna
1959 Saxon Drive
Feasterville Trevose, PA 19053-3358

Kenneth E. West
Douglass, West and Associates
830 Lansdowne Avenue
Drexel Hill, PA 19026

William C. Miller
P.O. Box 1229
Philadelphia, PA 19105

KML Law Group, P.C.
Suite 5000 – BNY Mellon Independence Center
701 Market Street
Philadelphia, PA 19106-1532