**UNITED STATES BANKRUTPCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

IN RE:  
SOHINNI KHANNA

Chapter 13

Debtor

Bankruptcy No. 19-11406-ELF

# O R D E R

AND NOW, upon consideration of the Motion to Dismiss Case filed by William C. Miller, Standing Trustee, and after notice and hearing, it is hereby **ORDERED** that this case is **DISMISSED** and that any wage orders previously entered are **VACATED**.

**Date: February 5, 2020**

_____
Eric L. Frank
Bankruptcy Judge

William C. Miller, Trustee
P.O. Box 1229
Philadelphia, PA  19105

Debtor's Attorney:
KENNETH E. WEST ESQUIRE
830 LANSDOWNE AVENUE

DREXEL HILL, PA 19026

Debtor:
SOHINNI KHANNA

1959 SAXON DRIVE

FEASTERVILLE, PA 19053